UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RICKY BAXLEY | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-129 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

# **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 25, 2008. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's motion for summary judgment, [Doc. 13], be granted. The Plaintiff has not objected to this recommendation. After careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED,** that defendant's motion for summary judgment,

[Doc. 13], is **GRANTED**, and this case is **DISMISSED**.

E N T E R:

                                              s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT

2